IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-02673-BNB

BRANDON ALLAN FAIR,

     Plaintiff,

v.

SHEETMETAL WORKERS LOCAL 9, and
HEATING & PLUMBING ENGINEERS,

     Defendants.

---

## ORDER OF DISMISSAL

---

Plaintiff, Brandon Allan Fair, initiated this action by filing *pro se* a Title VII Complaint (ECF No. 1). On October 1, 2014, Magistrate Judge Boyd N. Boland ordered Mr. Fair to file an amended complaint that complies with the pleading requirements of Rule 8 of the Federal Rules of Civil Procedure. Mr. Fair was warned that the action would be dismissed without further notice if he failed to file an amended complaint within thirty days.

Mr. Fair has failed to file an amended complaint that complies with the pleading requirements of Rule 8 within the time allowed and he has failed to respond in any way to Magistrate Judge Boland's October 1 order. Therefore, the action will be dismissed without prejudice for failure to prosecute and comply with a court order.

Furthermore, the Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith and therefore *in forma pauperis* status will be denied for the purpose of appeal. *See Coppedge v. United States*, 369

U.S. 438 (1962).  If Plaintiff files a notice of appeal he also must pay the full $505

appellate filing fee or file a motion to proceed *in forma pauperis* in the United States

Court of Appeals for the Tenth Circuit within thirty days in accordance with Fed. R. App.

P. 24.  Accordingly, it is

ORDERED that the Title VII Complaint (ECF No. 1) and the action are dismissed

without prejudice pursuant to Rule 41(b) of the Federal Rules of Civil Procedure

because Mr. Fair failed to prosecute and comply with a court order.  It is

FURTHER ORDERED that leave to proceed *in forma pauperis* on appeal is

denied without prejudice to the filing of a motion seeking leave to proceed *in forma*

*pauperis* on appeal in the United States Court of Appeals for the Tenth Circuit.

DATED at Denver, Colorado, this __6th__ day of ___November___, 2014.

BY THE COURT:


__s/Lewis T. Babcock_____
LEWIS T. BABCOCK, Senior Judge
United States District Court

2